EX PARTE JOHN LUSCHER.

Applicant, a native of Switzerland, came to this country in December, 1860, for the purpose of looking at it ; intending to remain, if he liked it ; has been in the country ever since. Soon after his arrival here, he declared that he did not like the country ; that it was too dry ; he should return to Switzerland, but was prevented from doing so, on account of the blockade. He further declared that he had made, or was making, preparations to return to his native country, by way of Matamoros, but was paid for his labor in Confederate money ; and not being able to use it, he could not carry his intentions into effect ; that he had written a letter to his parents in Switzerland, in which he stated that he should return as soon as circumstances would permit. Applicant had said, before and since the war, that he would return to Switzerland ; applicant

D

had acquired no property, had not voted in this country, nor declared his intention to become a citizen of the United or Confederate States; was unmarried; had been employed as a teamster; was thirty-one years of age; was detained in custody by Capt. F. R. Frankel, Enrolling Officer of Bexar County, as a conscript. Writ issued 2d September, 1864. The Judge, before whom he was tried, held that applicant had failed to prove alienage, as alleged in his petition, and remanded him to the custody of the Enrolling Officer. *Held*, that this does not present such a case as would enable this Court to conclude that the Judge had decided erroneously.

A foreigner, coming to this country in 1860, with the intention of making it his home, and remaining here, in the same locality, nearly four years, following the ordinary avocations suitable to his condition, would find it hard to induce the belief that he had not established a residence, within the meaning of the conscript law, by his declaration of intention to go back to the place of his nativity, without taking any ostensible steps to put that intention into execution.

Appeal from the Judgment of the Hon. JOHN H. DUNCAN, sitting in Chambers, in Bexar.

*W. B. Leigh*, for appellant.
*Attorney General*, for appellee.
ROBERTS, C. J., delivered the opinion of the Court.

Judgment affirmed.